DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMAR MARQUET WOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2151

_____

December 4, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


KHOUZAM, Judge.

Jamar Marquet Wood appeals his judgment and sentences for burglary with battery, aggravated battery (deadly weapon), and grand theft motor vehicle. We affirm the judgment and sentences in all respects without prejudice to any right Mr. Wood may have to seek relief pursuant to Florida Rule of Criminal Procedure 3.850.

Affirmed.

KELLY and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.